```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael J. Lee, et al.,

                              Plaintiffs,

-against-

Department of Corrections, et al.,

                              Defendants.

1:20-cv-08407 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Before the Court is a motion by Allen Nimmons to intervene as a Plaintiff in this action. (*See* Not. of Motion, ECF No. 20.) Mr. Nimmons' motion, though filed on the docket on December 1, 2020, is dated November 22, 2020 and, thus, was sent prior to the Court's December 1, 2020 Order directing the Clerk of Court to open a separate civil action for Mr. Nimmons (among other individuals named in the Amended Complaint who had not been named in the original Complaint). (*See* 12/1/2020 Order, ECF No. 19.) Thus, Mr. Nimmons' claims are now the subject of his own lawsuit in this Court, *Nimmons v. Department of Corrections et al.*, No. 20-cv-10112. Accordingly, Mr. Nimmons' motion to intervene is DENIED AS MOOT.

      The Court notes that the change of address memorandum filed in this action at ECF No. 23 pertains to Mr. Nimmons and not to Plaintiff. (Pro Se Mem., ECF No. 23.) The Clerk of Court is directed to file a copy of the memorandum on the docket in *Nimmons*, 20-cv-10112. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at the address set forth on the docket and to Mr. Nimmons at the address set forth in ECF No. 23.

**SO ORDERED.**

DATED:     New York, New York
           January 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge