```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael J. Lee, et al.,

                                  Plaintiffs,

            -against-

Department of Corrections, et al.,

                                  Defendants.

1:20-cv-08407 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the enclosed letter from Plaintiff, which was written on January 13, 2021 and received by Chambers today.[1]

IT IS HEREBY ORDERED that the Warden or other official in charge of the Vernon C. Baine Center ("VCBC") produce plaintiff Michael J. Lee, 3492001663, on Monday, February 1, 2021 at 10:00 a.m., to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

---

[1] Plaintiff is reminded that all correspondence should be sent to the Pro Se Intake Unit at 500 Pearl Street, Room 200, New York, NY 10007 and not mailed directly to Chambers.

During the conference, the Court will address the concerning issues raised in Plaintiff's letter and any interim relief he seeks, as well as the schedule for Defendants to respond to the Second Amended Complaint.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         January 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge

To Honorable Judge Aaron and or Hon. Judge Daniels:

Your Honor(s) I am writing due to matters stated within my U.S.C. §1983 "COMPLAINT". And Now the Defendant(s) NYC DOC Commissioner, Patsy Yang Health Director Commissioner, Margaret Egan Board of Correction Executive Director failures to Disregard and Ignore our/my cries for Equal Protections as others for Safety from COVID-19 virus (i.e. 6ft Social Distancing, and 50% of Inside Gathering). As a direct result of life and Liberty which is Guarnteed under the 8th Amendment and 14th Amendment of the Constitution the Defendants failures to Ignore and disregard us/me Someone in my "DORM" Gill Graves in V.C.B.C. 2BA tested positive for COVID-19 virus. In which further failures to Not properly Sterilize and Sanatize the Dormatory 2BA Knowing the virus lives on surfaces for days even up to weeks. Moreso They still refuse to give us 50% of Inside gathering and 6ft Social Distancing. They have (34) people TRAPPED in an un-sterilized COVID-19 virus infective area. This happened yesterday on January 12th 2021, and Today January 13th, 2021. I Request at this point for the Court to Except and Enforce "ALL" Reliefs that I Sought in this U.S.C. §1983 "COMPLAINT". Considering this is defently a Life & DEATH or at least seriesly dangerous <u>Immediate</u> Situation.

Thank You

Sincerely,
Michael J. Roe

Michael Lee #349d00l663
V.C.B.C
(Halleck St.
Bronx, N.Y.
10474

NEW YORK NY 100
14 JAN 2021 PM 9 L

Attn: Hon. Mag. Aaron, and or
Hon. Judge Daniels
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

10007-133055

USPS
SDNY