RECEIVED
SDNY PRO SE OFFICE
2021 FEB 18 AM 11:04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Lee

Fill in above the full name of each plaintiff or petitioner.

Case No. 20 CV 8407

-against-

New York City, Cynthia Brann;
Patsy Yang; Margaret Egan

Fill in above the full name of each defendant or respondent.

## DECLARATION

Injunctive Relief in the form of Compassionate Release

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Michael Lee, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Plaintiff/me is a pre-trial detainee at Vernon C. Baine Center in Bronx, New York He is H.I.V Positive, has been treated for T.B. which P.P.O still shows Positive, and Test positive for Heb B. (See EXIBIT

Rev. 6/30/16

A, B, and C Herein) Plaintiff is the Highest at risk Group to become severly Ill or Die if He catches the COVID-19 Virus (see United States v. Correa Case No. 08-CR-1026 (VEL); and New York ex rel. Christopher Van Zele Esq. v. Cynthia Brann Index No. 460018/2020; and People ex. rel. Williams v. Brann 67 Misc. 3d 1232(A) 128 N.Y.S 3d 432 (2020); Additionally Considering Plaintiff age of 42 Almost 43 years of age and Plaintiff's Dormatory and Current Conditions of Confinements are beyond unconstitutional. Which is why News Reporters, media etc. Are stating the City jail capacity are overcrowded, Where Major outbreaks throughout city jails are bad of positive cases of COVID-19 Virus. In Plaintiff facility (B) Dormatory's have and had numerous outbreaks of COVID-19 virus. The risk of Plaintiff being Ill severly or worse Die are foorseable. Plaintiff has his Dormatory at (40) people without ANY Possible Relief" to have 6ft Social distancing. So a Compassionate Release Should be GRANTED

Attach additional pages and documents If necessary.

2-9-21
**Executed on (date)**

*Michael J Lee*
**Signature**

Michael Lee
**Name**

3492001663
**Prison Identification # (if incarcerated)**

1 Halleck Street     Bronx     New York     10474
**Address**          **City**   **State**    **Zip Code**

**Telephone Number (if available)**     **E-mail Address (if available)**

Page 2

## NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
MICHAEL   LEE
**NYSID:**
00018682Q

**Latest Book and Case#:**
3492001663
**Patient Facility:**
VCBC

### MED - Indirect Encounter Note
Reason: **Rx renewal**

### New Rx, New Orders, New Allergies, New Problems
New Rx:
GENVOYA TABLET 150/150/200/10 (ELVITEG-COBIC-EMTRICIT-TENOFAF) 1 tab   daily   #60 x 0
    Route:ORAL
    Entered and Authorized by:       Frantz Medard MD
    Electronically signed by:Frantz Medard MD on 09/10/2020
    Method used:    Handwritten
    Note to Pharmacy: Route: ORAL;
    Indications:      HIV DISEASE
    RxID:    19153762971711150


Signed By: Medard, Frantz at 9/10/2020 4:58:53 PM

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
MICHAEL LEE
**NYSID:**
00018682Q

**Latest Book and Case#:**
3492001663
**Patient Facility:**
VCBC

## MED - Indirect Encounter Note
Reason: **RX renewal**

## New Rx, New Orders, New Allergies, New Problems
New Rx:
GENVOYA TABLET 150/150/200/10 (ELVITEG-COBIC-EMTRICIT-TENOFAF) 1 tab daily #1 x 0
  Route:ORAL
  Entered and Authorized by: Yousef Mahadin MD
  Electronically signed by: Yousef Mahadin MD on 12/23/2020
  Method used: Handwritten
  Note to Pharmacy: Route: ORAL;
  Indications: HIV DISEASE
  RxID: 1924367892667500

Signed By: Mahadin, Yousef at 12/23/2020 6:38:36 PM

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
MICHAEL LEE
**NYSID:**
00018682Q

**Latest Book and Case#:**
3492001663
**Patient Facility:**
VCBC

```
Patient: MICHAEL  LEE
ID: BIOR 102085581
Note: All result statuses are Final unless otherwise noted.
Tests: (1) HIV-1, RNA, Ultra/PCR, Viral Load (1010-8)
   HIV 1 RNA                    <20 ND copies/mL              <20
*1
HIV-1 ULTRAQUANT,RNA INTERPRETATION

                    HIV-1 (copies/mL)       Interpretation
                        <20 ND                  Not Detected
                        <20 D                   Detected*
                    20 - >10,000,000            Detected
                *Low positive values for HIV-1, PCR may not be useful
for
                                    diagnostic evaluation.

NOTE: Results for Roche Cobas 8800 HIV-1 assay reports with a range
of
      <20-10 million copies/mL. This test should be used for
prognostic
      purposes only.
   HIV 1 RNA                    <1.30 log-10                 <1.30
*2
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 11/13/2020 11:55 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 11/13/2020 11:41
Requested date-time: 11/11/2020 12:12
Receipt date-time: 11/11/2020 23:54
Reported date-time: 11/13/2020 11:38
Referring Physician:
Ordering Physician: WENDY MCGAHEE (mcgaheew)
Specimen Source:
Source: BIOR
Filler Order Number: 102085581
Lab site: BioReference Laboratories, Inc.
Producer ID *1:NJ1
Producer ID *2:NJ1
------------------
The following results were not dispersed to the flowsheet:
   HIV 1 RNA, <1.30 log-10, (F)
```

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
MICHAEL   LEE
**NYSID:**
00018682Q

**Latest Book and Case#:**
3492001663
**Patient Facility:**
MDC

414 - Chest      PA, Upright (Single View)
------------------------------------
NYSID: 00018682Q            Book and Case: 3492001663Pt Name:MICHAEL LEE
~~CLINICAL HISTORY:   Positive PPD.
------------------------------------
TECHNIQUE:   PA chest.
------------------------------------
FINDINGS:   There is no radiographic evidence of tuberculosis.   The cardiac
size is normal.   No infiltrate,$ congestive heart failure, or pleural
effusions are present.
------------------------------------
IMPRESSION:
------------------------------------
Normal PA chest radiograph.   No evidence of active tuberculosis.   No change
since study of 01/28/2020.
~
~Electronically Signed by: Shapiro, Michael
~~Signed On: Jul  7 2020   6:47AM
Ordered By: ,

External Attachment:

   Type:     Image
   Comment:  Image Link


Signed By: Cantor, Lourdes at 7/7/2020 4:04:05 PM

1 of 1

**NYSID:** 00018682Q  **BookCase:** 3492001663
**LEE, MICHAEL J**
330 WEST 51 STREET, 8, NY, NY 10019
**DOB:** 05/09/1978  **Age:** 42 Y  **Sex:** male
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:** Medicaid
**PCP:**
**Account Number:** 212239

**Allergies :** Buspar - tingling all over, Epzicom - throat swells up

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|
| RI50 | SMI - NO | | | 04/11/2018 | 05/22/2018 | Chapman, Timothy |
| F41.1 | Generalized anxiety disorder | | | 04/11/2018 | 05/26/2018 | Anim, Rose |
| F12.10 | Cannabis use disorder Mild | | | 04/13/2018 | 05/22/2018 | Chapman, Timothy |
| B20 | Human immunodeficiency virus [HIV] disease | | | | 05/26/2018 | Anim, Rose |
| 795.5 | Tuberculosis converter | chest xr 7/11/11 normal | | | 12/15/2011 | Sanjose, Jane |
| V70.0 | ROUTINE MEDICAL EXAM | | | | 07/09/2011 | Jaggon, Dianne (Inactive) |
| 305.00 | EtOH [Ethanol] abuse NOS | | | | 11/01/2011 | Mack, Monique |
| V15.82 | HISTORY OF TOBACCO USE | | | | 07/09/2011 | Jaggon, Dianne (Inactive) |
| V02.61 | HEPATITIS B CARRIER | | | | 05/26/2018 | Anim, Rose |
| 959.9 | Trauma, traumatism | | | | 07/09/2011 | Jaggon, Dianne (Inactive) |
| N19 | Unspecified kidney failure | | | | 04/11/2018 | Kay-Njemanze, Theodora |
| 367.1 | Myopia | | | | 11/25/2011 | Peters, Owen |
| 367.20 | Astigmatism NOS | | | | 11/25/2011 | Peters, Owen |
| R76.11 | Nonspecific reaction to tuberculin skin test without active tuberculosis | | | 04/11/2018 | 05/26/2018 | Anim, Rose |
| B18.1 | Chronic viral hepatitis B without delta-agent | | | 04/11/2018 | 05/26/2018 | Anim, Rose |

RECEIVED
SDNY PRO SE OFFICE
2021 FEB 18 AM 11:04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Lee
_____

Write the full name of each plaintiff or petitioner.

Case No. 20 cv 8407

-against-

New York City; Cynthia Brann;
Patsy Yang; Margaret Egan

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that  Plaintiff   Michael Lee
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: Release Plaintiff on his own Reconize (i.e. Compassionate Release) with a Court appearence date Injunctive Relief

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☒ the following additional documents: Lee v. Department of Corrections et al
20cv8407

2-9-21
Dated

Michael J Lee
Signature

Michael Lee
Name

3492001663
Prison Identification # (if incarcerated)

1 Halleck St.          Bronx        New York      10474
Address                City          State         Zip Code

Telephone Number (if available)          E-mail Address (if available)



Michael Lee #349400/043
N.C.B.C.
1 Halleck Street
Bronx, N.Y. 10474

RECEIVED
2021 FEB 17 AM 10:20
SDNY PRO SE OFFICE

Attn: Clerk of the Court
United States District Court
Southern District of New York
- Court house -
500 Pearl Street
New York, N.Y. 10007