UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Michael J. Lee, et al.,

                              Plaintiffs,

-against-

Department of Corrections, et al.,

                              Defendants.

1:20-cv-08407 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties this afternoon, it is hereby Ordered that, no later than Friday, April 2, 2021, the parties shall file a joint letter providing a status update on the matters discussed during today's conference.

**SO ORDERED.**

Dated:      New York, New York
              March 24, 2021

                                                          _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge